IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE L. PREE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  3:11-CV-3538-M (BH) |
| § | |
| CAROLYN W. COLVIN, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, *Plaintiff's Motion for Summary Judgment*, filed July 5, 2012 (doc. 19), is **GRANTED** and *Defendant's Motion for Summary Judgment*, filed August 6, 2012 (doc. 20), is **DENIED**.  The case is **REMANDED** to the Commissioner for further proceedings.

**SIGNED** this 13th day of September, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS