IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE L. PREE,<br>    Plaintiff, | §<br>§<br>§ |
| v. | §   Civil Action No. 3:11-CV-3538-M-BH |
| | § |
| CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>    Defendant. | §<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant*, filed October 15, 2014 (doc. 31), is **GRANTED,** and the plaintiff's counsel is hereby awarded $6,690.25 in attorney's fees.

**SIGNED** this 23rd day of April, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS